**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

CHARLES TILLMAN and AMBER HESSELBERG, *on behalf of themselves and all similarly situated persons*,

Plaintiffs,

vs.

PERSONIC MANAGEMENT COMPANY, LLC,

Defendant.

Case No.: 1:25-cv-02124-PTG-LRV

Hon. Patricia Tolliver Giles

**DEFENDANT'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO DENY CLASS CERTIFICATION AND STRIKE CLASS ALLEGATIONS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Personic Management Company, LLC ("Personic" or "Defendant"), moves this court to dismiss the Consolidated Class Action Complaint (the "CCAC") filed by Plaintiffs Charles Tillman and Amber Hesselberg (hereinafter "Plaintiffs"). As stated more fully in Personic's accompanying Memorandum in Support of its Motion to Dismiss, Plaintiffs' CCAC should be dismissed for lack of subject-matter jurisdiction and failure to state a claim.

Alternatively, Personic moves under Rules 23(c)(1)(A) and 23(d)(1)(D) of the Federal Rules of Civil Procedure to deny class certification of a Rule 23(b)(3) class and strike the corresponding class allegations, as it is apparent on the face of the CCAC that Plaintiffs cannot establish predominance of common issues.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting Defendant's Motion to Dismiss, and in the alternative, denying class certification and striking the corresponding class allegations.

Respectfully submitted,

Dated: April 13, 2026

*/s/ Gregory P. Rosen*

Gregory P. Rosen (VA Bar No. 82584)
Jules L. Szanton (*pro hac vice*)
Dennis Chi-Yu Huie (*pro hac vice*)
Lisa Norrett Himes (*pro hac vice*)
Rogers Joseph O'Donnell, PC
1500 K Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 777-8952
Fax: (202) 347-8429
grosen@rjo.com
jszanton@rjo.com
dhuie@rjo.com
lhimes@rjo.com

Nadia M. Hamade (*pro hac vice*)
Personic Management Company LLC
General Counsel
8133 Leesburg Pike, Ste. 630
Vienna, VA 22182
Tel: (248) 345-3343
nhamade@personichealth.com

*Attorneys for Defendant*