**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| *In re Personic Management Data Breach Litigation* | Case No.: 1:25-cv-02124-PTG-LRV |

**ORDER**

THIS MATTER, having come before the Court on the Parties' Joint Motion to Stay Pending Alternative Dispute Resolution ("ADR"), IT IS ORDERED that the Motion is GRANTED as set forth below:

1. All deadlines in this case are hereby STAYED 60 days until June 26, 2026.

2. Per the Parties' stipulation, the Parties are to participate in a settlement conference with a magistrate judge of this Court.

3. No later than June 26, 2026, the Parties shall advise the Court on the outcome of settlement conference.

4. If the ADR efforts do not result in a settlement, Plaintiffs will file their Opposition to Defendant's Motion to Dismiss no later than July 10, 2026, and Defendant will file its Reply by July 16, 2026.

5. The Court will reset the hearing on Defendant's Motion to Dismiss (Doc. 26) accordingly.

**SO ORDERED.**

/s/
Patricia Tolliver Giles
United States District Judge

Dated: April 27, 2026