**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| *In re Personic Management Data Breach Litigation,* | ) ) ) ) ) ) | Case No. 1:25-cv-2124-PTG-LRV |

# ORDER

This matter comes before the Court on its own initiative. On April 27, 2026, the District Judge granted the Parties' Joint Motion to Stay Pending Alternative Dispute Resolution ("ADR"), and stayed the case until June 26, 2026, because the Parties stipulated to "participate in a settlement conference with a magistrate judge of this Court." (Dkt. No. 30 at 1.) To date, counsel have not contacted the undersigned magistrate judge to schedule a settlement conference.

In their Joint Motion to Stay, the parties proposed to participate in a settlement conference by June 26, 2026. (Dkt. No. 29-1.) Given that short timeframe and the high volume of settlement conference requests, the Court hereby notifies the parties of the dates between now and June 26, 2026 that the undersigned magistrate judge is available to facilitate a settlement conference. Please note these dates are being provided to parties in other matters and are available on a first come, first-served basis.

- May 21, 2026 at 10:30 am
- June 2, 2026 at 10:00 am
- June 16, 2026 at 10:00 am
- June 17, 2026 at 10:00 am
- June 24, 2026 at 10:00 am

- June 25, 2026 at 10:00 am

It is hereby

**ORDERED** that counsel confer amongst themselves to select from this list **two dates** that all counsel and parties are available and then contact the undersigned's chambers promptly so that the conference may be set.

**ENTERED** this 29th day of April, 2026.

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia